court, on the cross-examination of the witness Dalazon, of the questions to which objection was made and exception taken, was prejudicial error.

CARTER, Respondent, v. VILLAGE OF BROCKPORT, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1910.) Action by Ida M. Carter, an infant, etc., against the Village of Brockport.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents, upon the ground that the finding of the jury that the plaintiff was free from contributory negligence was contrary to and against the weight of the evidence.

CARY, Appellant, v. GIVEN, Respondent. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Fannie Cary against Robert Given, Jr.

PER CURIAM. Order reversed, with $10 costs and disbursements, on the ground of laches in applying for the amendment, and motion denied, with $10 costs.

CARR, J., dissents.

CHADBURN v. PINE CREST CO. et al. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Appeal from Special Term, Westchester County. Action by Hattie T. Chadburn against the Pine Crest Company and another. From an order granting an injunction pendente lite, defendants appeal. Affirmed. George Boochever, for appellants. F. X. Donoghue, for respondent.

RICH, J. This appeal is from an order granting an injunction pendente lite. The action is brought to restrain and enjoin the defendants from conveying, using, or permitting to be used designated parcels of land under water for any purpose other than boat and clubhouse sites. We think that the record presents a case in which the rights of the parties cannot be determined, except upon a trial of the issues involved. The defendants cannot be prejudiced to any appreciable extent by the order, which preserves the rights of all parties until a full hearing can be had. Order affirmed, with $10 costs and disbursements. All concur.

CITIZENS' NAT. BANK OF SARATOGA SPRINGS, Respondent, v. GILBERT, Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by the Citizens' National Bank of Saratoga Springs against Mary E. Gilbert. No opinion. Order affirmed, with $10 costs and disbursements.

In re CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 18, 1910.) In the matter of the City of New York. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CITY OF NEW YORK, Respondent, v ROBISCHON & PECKHAM CO., Appellan (Supreme Court, Appellate Division, First De partment. March 18, 1910.) Action by the Cit of New York against the Robischon & Peckhai Company. C. E. Kelley, for appellant. C. A Peters, for respondent. No opinion. Order a firmed, with $10 costs and disbursement Order filed.

CITY OF OGDENSBURG, Respondent, BASTION, Appellant. (Supreme Court, A pellate Division, Third Department. May 1910.) Action by the City of Ogdensbui against Charles S. Bastion. No opinion. Jud ment unanimously affirmed, with costs.

CITY OF TROY, Appellant, v. UNITE TRACTION CO., Respondent. (Supreme Cour Appellate Division, Third Department. Marc 25, 1910.) Action by the City of Troy again the United Traction Company. No opinio Judgment unanimously affirmed, with cost See, also, 134 App. Div. 756, 119 N. Y. Sup 474.

CLARK, Respondent, v. CLARK, Appellan (Supreme Court, Appellate Division, Secon Department. March 31, 1910.) Action b Laura A. Clark against Niven H. Clark. N opinion. Order of the County Court of Orang County, refusing to vacate an order for the e amination of defendant before trial, affirme with $10 costs and disbursements.

CLARKE, Respondent, v. NEW YORK CO TRACTING CO., Appellant. (Supreme Cour Appellate Division, First Department. Marc 11, 1910.) Action by Fanny Clarke, as admi istratrix, etc., against the New York Contrac ing Company. J. C. Toole, for appellant. M. Ward, for respondent. No opinion. Orde affirmed, with $10 costs and disbursement Order filed.

In re CLEMENT, State Excise Com'r. (Su preme Court, Appellate Division, Second D partment. March 31, 1910.) In the matter the petition of Maynard N. Clement, as Stat Commissioner of Excise, for an order revokin and canceling liquor tax certificate No. 10,44 issued to John Rozenas.

PER CURIAM. Order, in so far as appeale from, affirmed, with $10 costs and disburse ments.

BURR and THOMAS, JJ., dissent.

CLINCHY, Appellant, v. BROWN et al Respondents. (Supreme Court, Appellate D vision, Second Department. March 31, 1910 Action by Anthony Clinchy against Daniel I Brown and J. William Greenwood, as execu tors, etc. No opinion. Judgment affirmed with costs. See, also, infra.

CLINCHY, Appellant, v. BROWN et al Respondents. (Supreme Court, Appellate D